(8)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARIA A. MOURIZAKI,                                    : CIVIL ACTION
[71136-083]          Petitioner                        :
                                                       :
            V.                                         :
                                                       :
TROY LEVI, et al.,                                     : NO. 06-CV-3165
                    Respondents                        :

## ORDER

AND NOW, this 21st day of May , 2007, upon consideration of the

pleadings and the record herein, and after review of the Report and Recommendation of M. Faith

Angell, United States Magistrate Judge, IT IS HEREBY **ORDERED** that:

1.  The Report and Recommendation is **APPROVED and ADOPTED.**

2.  The Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, is

    **DENIED and DISMISSED WITHOUT AN EVIDENTIARY HEARING.**

There is no probable cause to issue a certificate of appealability.


BY THE COURT:


J. CURTIS JOYNER,                    J.